**Brian Keith NESBITT, Petitioner–Appellant,**

v.

**WARDEN TYGER RIVER CORRECTIONAL INSTITUTION, Respondent–Appellee,**

**and**

**State of South Carolina, Respondent.**

Brian Keith Nesbitt, Petitioner–
Appellant,

v.

Warden Tyger River Correctional
Institution, Respondent–
Appellee,

and

State of South Carolina, Respondent.

Nos. 14–7626, 15–6814.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2015.

Decided: Aug. 31, 2015.

Brian Keith Nesbitt, Appellant Pro Se.
Donald John Zelenka, Senior Assistant At-
torney General, Kaycie Smith Timmons,
Assistant Attorney General, Columbia,
South Carolina, for Appellee.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

14–7626, Dismissed; 15–6814, Affirmed
by unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Brian
Keith Nesbitt seeks to challenge the dis-
trict court's order adopting the magistrate
judge's recommendation and dismissing
his 28 U.S.C. § 2254 (2012) petition (No.
14–7626), and the court's order denying his
Fed.R.Civ.P. 59(e) motion for reconsidera-
tion of its order, entered after a limited
remand, finding that Nesbitt's notice of
appeal was not timely filed (No. 15–6814).

See *Nesbitt v. Warden, Tyger River Corr.
Inst.*, 599 Fed.Appx. 68 (4th Cir.2015).
We dismiss the appeal in No. 14–7626 for
lack of jurisdiction because the notice of
appeal was not timely filed, and affirm the
contested order in No. 15–6814.·

Parties are accorded 30 days after the
entry of the district court's final judgment
or order to note an appeal, Fed. R.App. P.
4(a)(1)(A), unless the district court extends
the appeal period under Fed. R.App. P.
4(a)(5), or reopens the appeal period under
Fed. R.App. P. 4(a)(6). "[T]he timely fil-
ing of a notice of appeal in a civil case is a
jurisdictional requirement." *Bowles v.
Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360,
168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on September 9, 2014. The
district court found on remand that the
notice of appeal was most likely filed on
October 15, 2014. Because Nesbitt failed
to file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeal in No. 14–
7626.

In No. 15–6814, Nesbitt appeals the dis-
trict court's order denying his Rule 59(e)
motion. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Nesbitt v. Warden Tyger Riv-
er Corr. Inst.*, 0:13–cv–02602–RMG (D.S.C.
May 26, 2015).

Accordingly, we dismiss the appeal in
No. 14–7626 and affirm the district court's
order in No. 15–6814. We deny Nesbitt's
motions in No. 14–7626 to compel discov-
ery, to appoint counsel, and for a prelimi-
nary injunction and a temporary restrain-
ing order, and his motions in No. 15–6814
to appoint counsel and for a preliminary
injunction and temporary restraining or-
der. We dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the material be-

fore this court and argument will not aid the decisional process.

No. 14–7626, *DISMISSED;*

No. 15–6814, *AFFIRMED.*